IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jodi Mair,<br>individually<br>and on behalf of all persons<br>similarly situated<br>as class representative under<br>Illinois Law and/or as<br>members of the Collective as permitted<br>under the Fair Labor Standards Act;<br><br>Plaintiff,<br><br>vs.<br>EarthMed., LLC.,<br><br>Defendant. | ) <br>) <br>) <br>) CASE NO 19 CV 8107<br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT
### (This form must be completed in ink, not pencil.)

I have read the Notice of Lawsuit and hereby give my consent to be included in this lawsuit and to be represented by counsel for the Plaintiffs as set forth in the Notice.

MY NAME IS: _JACOB SCHMANKE_
*Please Print Name*

YOUR SIGNATURE: _Jacob Schmanke_
*Please Sign Name*

TELEPHONE NUMBER: _630 915 4465_

ADDRESS: _2002 Jeffry Ln_

EMAIL ADDRESS: _jacobschmanke@gmail_

CITY: _Elgin_ STATE: _IL_ ZIP CODE: _60123_

DATE ON WHICH I SIGNED THIS NOTICE: _10/6/20_
*Today's Date*

**Attorney for Plaintiff:** John C. Ireland, The Law Office of John C. Ireland
636 Spruce Street, South Elgin ILL 60177
**(630) 464-9675 (telephone); (630) 206-0889 (facsimile)** Atty4employees@aol.com

4