IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jodi Mair,<br>individually<br>and on behalf of all persons<br>similarly situated<br>as class representative under<br>Illinois Law and/or as<br>members of the Collective as permitted<br><br>under the Fair Labor Standards Act;<br><br><br><br>Plaintiff,<br>vs.<br>EarthMed., LLC.,<br><br><br><br>Defendant. | )<br>)<br>)<br>) CASE NO 19 CV 8107<br>)<br>)<br>)**Honorable Joan H. Lefkow.** Magistrate Judge the **Honorable Sidney I. Schenkier**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)           **ON ALL COUNTS**<br>) |

**NOTICE of FILING**

TO:
Jenna Elizabeth Milaeger\
Goldberg Law Group, LLC
120 S. Riverside Plaza, Suite 1675
Chicago, IL 60606

       PLEASE TAKE NOTICE THAT on October 10, 2020 Plaintiffs filed the below described document(s):

**FLSA CONSENT OF Jacob Schmanke**
A copy of which is herewith served upon you.

**PROOF OF SERVICE**

  The undersigned on oath states that the above described documents and a copy of this notice were served by US Mail and/or electronic delivery to the above named attorneys of record on October 10, 2020.

I, John C. Ireland, under penalty of perjury under the laws of the State of Illinois that the forgoing was correct and true.

       _____/S/John C. Ireland
The Law Office of John C. Ireland
636 Spruce Street        South Elgin ILL   60177

1

2

630-464-9675      Fax 630-206-0889      attorneyireland@gmail.com