### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JODI MAIR, JACOB SCHMANKE, and FRANCO DEMONTE, individually and on behalf of all persons similarly situated and as class representatives under Illinois Law and/or as members of the collective as permitted under the Fair Labor Standards Act, | ) ) ) ) ) ) ) ) | Case No. 19-cv-8107 |
| Plaintiffs, | ) ) | District Judge Joan H. Lefkow |
| v. | ) ) ) | Magistrate Judge Heather K. McShain |
| EARTHMED, LLC., | ) ) | |
| Defendant. | ) | |

### PLAINTIFFS' EXHIBIT LIST:
### MEMORANDUM IN SUPPORT OF THEIR MOTIONF FOR
### CLASS CERTIFICATION OF STATE WAGE AND HOUR CLAIMS

**CLASS EXHIBIT 1:** Defendant's Answers to Plaintiffs' First Request to Admit

**CLASS EXHIBIT 2:** Defendant's FLSA Notice List of hourly employees (Filed under seal)

**CLASS EXHIBIT 3:** Defendant's 2017 Payroll Records (Filed under seal)

**CLASS EXHIBIT 4:** Defendant's 2018 Payroll Records (Filed under seal)

**CLASS EXHIBIT 5:** Defendant's 2019 Payroll Records (Filed under seal)

**CLASS EXHIBIT 6:** Defendant's Answer to Plaintiffs Sixth Requests to Admit

**CLASS EXHIBIT 7:** Defendant's 2020 payroll records (Filed under seal)

**CLASS EXHIBIT 8:** Defendant payroll Records for January to March 2021 (Filed under seal)

**CLASS EXHIBIT 9:** Defendant's Answer to Plaintiffs' Seventh Request to Admit

**CLASS EXHIBIT 10:** Mair Declaration as to failure to pay her overtime (Filed under seal)

**CLASS EXHIBIT 11:** Mair Declaration as to "no overtime" policy (Filed under seal)

**CLASS EXHIBIT 12:** Franco Demonte Declaration (Filed under seal)

**CLASS EXHIBIT 13:** Jacob Schmanke Declaration as to failure to pay overtime (Filed under seal)

**CLASS EXHIBIT 14:** Jacob Schmanke Declaration as to class claims demonstrated by Trevor Kantor's pay, hours and Defendant records (Filed under seal)

**CLASS EXHIBIT 15:** Jacob Schmanke Declaration as to class claims demonstrated by Mariah Pulice's pay (Filed under seal)

**CLASS EXHIBIT 16:** Jacob Schmanke Declaration as to class claims demonstrated by Kim Wolf's pay, hours and Defendant records hours and Defendant records (Filed under seal)

**CLASS EXHIBIT 17:** Jacob Schmanke Declaration as to class claims demonstrated by Jen Begrin's pay, hours and Defendant records (Filed under seal)

**CLASS EXHIBIT 18:** Jacob Schmanke Declaration as to class claims demonstrated by Raven Lee-Prange's pay, hours and Defendant records (Filed under seal)

**CLASS EXHIBIT 19:** Jacob Schmanke Declaration as to class claims demonstrated by Tatsu Bland's pay, hours and Defendant records (Filed under seal)

**CLASS EXHIBIT 20:** Jacob Schmanke Declaration as to class claims demonstrated by Gale Lemonica's pay, hours and Defendant records (Filed under seal)

**CLASS EXHIBIT 21:** Jacob Schmanke Declaration as to class claims demonstrated by Jenna Mauk's pay, hours and Defendant records (Filed under seal)

**CLASS EXHIBIT 22:** Jacob Schmanke Declaration as to class claims demonstrated by Fernando Ramos's pay, hours and Defendant records (Filed under seal)

**CLASS EXHIBIT 23:** March 30, 2018 email, Bates labeled EM2053 (Filed under seal)

**CLASS EXHIBIT 24:** Declaration of Plaintiffs' Counsel John C. Ireland

**CLASS EXHIBIT 25:** Declaration of Plaintiffs' Counsel Lisa L. Clay