# CLASS EXHIBIT 6

## IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Jodi Mair, Jacob Schmanke and Franco Demonte individually and on behalf of all persons similarly situated as class representative under Illinois Law and/or as members of the Collective as permitted under the Fair Labor Standards Act; <br><br> Plaintiff, <br><br> vs. <br><br> EarthMed, LLC., <br><br> Defendant. | Case No. 19-cv-8107 <br><br> Hon. Joan H. Lefkow, <br> District Judge <br><br> Hon. Heather K. McShain, <br> Magistrate Judge |

## DEFENDANT EARTHMED, LLC'S RESPONSES AND OBJECTIONS
## TO PLAINTIFFS' SIXTH REQUESTS TO ADMIT

The Defendant, EarthMed, LLC ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 36, hereby submits its responses and objections to Plaintiffs' Sixth Requests to Admit.

1.      Defendant pays its employees twice a month, on the 15th and the last day of the month.

**RESPONSE:** Admits.

2.      Defendant pays for a seven day period, a second seven day period, and a third gap period.

**RESPONSE:** Denies.

3.      Defendant pay records for January of 2018 include a pay date of January 15, 2018 and January 31, 2018 as found on Defendant document EM438.

**RESPONSE:** Admits.

1

4.      Defendant pay records for January of 2018 include a pay date of January 15, 2018 whichcovers the following employee work days. January 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15.

**RESPONSE:** Admits.

5.      Defendant pay records for January of 2018 include a pay date of January 31, 2018 as found on Defendant document EM438 which covers the following employee work days.January 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31.

**RESPONSE:** Admits.

6.      Defendant pay records for January of 2018 include a pay date of January 15, 2018 whichcovers the following employee work days. January 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13,14, 15, thus in January of 2018 Defendant paid on January 15, 2018 for a total of fifteen employee workdays.

**RESPONSE:** Admits.

7.      Defendant pay records for January of 2018 include a pay date of January 31, 2018 as found on Defendant document EM438 which covers the following employee work days.January 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31 thus in January of 2018 Defendant paid on January 31, 2018 for a total of sixteen employee workdays.

**RESPONSE:** Admits.

8.      Defendant pay records for January of 2018 include a pay date of January 15, 2018 whichcovers the following employee work days. January 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13,14, 15, is further demonstrated by employee timesheets, including the time sheet for Trevor Kantor in Defendant document EM 224.

**RESPONSE:** Defendant admits that pay records for January of 2018 include a pay date

of January 15, 2018 whichcovers the following employee work days: January 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13,14, 15. Defendant further admits that number of work days in each pay period are demonstrated by employee timesheets. Defendant denies any remaining statements in Request to Admit No. 8.

9.      Defendant pay records for January of 2018 include a pay date of January 31, 2018 as found on Defendant document EM438 which covers the following employee work days.January 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31 is further demonstrated by employee timesheets, including the time sheet for Travor Kantor in Defendant document EM 224.

**RESPONSE:** Defendant admits that document EM438 reflects that for January of 2018, a pay date occurred on January 31, 2018 which covered the following work days: January 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31. Defendant further admits that number of work days in each pay period are demonstrated by employee timesheets, such as the time sheet for Trevor Kantor in Defendant document EM 224. Defendant denies any remaining statements in Request to Admit No. 9.

10.     Defendant pay records for February of 2018 include a pay date of February 15, 2018 and February 28, 2018 as found on Defendant document EM438.

**RESPONSE:** Admits.

11.     Defendant pay records for February of 2018 include a pay date of February 15, 2018 which covers the following employee work days. February 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11,12, 13, 14, 15.

**RESPONSE:** Admits.

12.     Defendant pay records for February of 2018 include a pay date of February 15, 2018 which covers the following employee work days. February 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11,12,

13, 14, 15, therefore Defendant paid employees for a fifteen day period.

**RESPONSE:** Admits.

13. Defendant pay records for March of 2018 include a pay date of March 15, 2018 and March 31, 2018 as found on Defendant document EM438-439.

**RESPONSE:** Admits.

14. Defendant pay records for March of 2018 include a pay date of March 15, 2018 whichcovers the following employee work days. March 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13,14, 15.

**RESPONSE:** Admits.

15. Defendant pay records for March of 2018 include a pay date of March 31, 2018 as found on Defendant document EM438 which covers the following employee work days. March 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31.

**RESPONSE:** Denies.

16. Defendant paid employees for two paychecks in March of 2018, the first for fifteen workdays and the second for sixteen work days.

**RESPONSE:** Admits.

17. Defendant pay records for April of 2018 include a pay date of April 15, 2018 which covers the following employee work days. April 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14,15.

**RESPONSE:** Admits.

18. Defendant pay records for April of 2018 include a pay date of April 30, 2018 as found onDefendant document EM439 which covers the following employee work days April 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30.

**RESPONSE:** Admits.

4

19. Defendant paid employees for two paychecks in April of 2018, the first for fifteen workdays and the second for fifteen work days.

**RESPONSE:** Admits.

20. Defendant pay records for May of 2018 include a pay date of May 15, 2018 which coversthe following employee work days. May 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15.

**RESPONSE:** Admits.

21. Defendant pay records for May of 2018 include a pay date of May 31, 2018 as found onDefendant document EM439-440 which covers the following employee work days May 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31.

**RESPONSE:** Admits.

22. Defendant paid employees for two paychecks in May of 2018, the first for fifteen workdays and the second for sixteen work days

**RESPONSE:** Admits.

23. Defendant pay records for June of 2018 include a pay date of June 15, 2018 which covers the following employee work days. June 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14,15.

**RESPONSE:** Admits.

24. Defendant pay records for June of 2018 include a pay date of June 30, 2018 as found onDefendant document EM440 which covers the following employee work days June 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30.

**RESPONSE:** Admits.

25. Defendant paid employees for two paychecks in June of 2018, the first for fifteen workdays and the second for fifteen work days

**RESPONSE:** Admits.

5

26.     Defendant pay records for July of 2018 include a pay date of July 15, 2018 which covers the following employee work days. June 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15.

**RESPONSE:** Admits.

27.     Defendant pay records for July of 2018 include a pay date of July 31, 2018 as found on Defendant document EM440-441 which covers the following employee work days July 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31.

**RESPONSE:** Admits.

28.     Defendant paid employees for two paychecks in July of 2018, the first for fifteen workdays and the second for sixteen work days

**RESPONSE:** Admits.

29.     Defendant pay records for August of 2018 include a pay date of August 15, 2018 which covers the following employee work days. August 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15.

**RESPONSE:** Admits.

30.     Defendant pay records for August of 2018 include a pay date of August 31, 2018 as found on Defendant document EM441 which covers the following employee work days August 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31.

**RESPONSE:** Admits.

31.     Defendant paid employees for two paychecks in August of 2018, the first for fifteen workdays and the second for sixteen work days.

**RESPONSE:** Admits.

32.     Defendant pay records for September of 2018 include a pay date of September 15, 2018 which covers the following employee work days. September 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11,

6

12, 13, 14, 15.

**RESPONSE:** Admits.

33.     Defendant pay records for September of 2018 include a pay date of September 30, 2018 as found on Defendant document EM441-442 which covers the following employee work days September 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30.

**RESPONSE:** Admits.

34.     Defendant paid employees for two paychecks in September of 2018, the first for fifteen workdays and the second for fifteen work days.

**RESPONSE:** Admits.

35.     Defendant pay records for October of 2018 include a pay date of October 15, 2018 whichcovers the following employee work days. October 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15.

**RESPONSE:** Admits.

36.     Defendant pay records for October of 2018 include a pay date of October 30, 2018 as found on Defendant document EM442 which covers the following employee work daysOctober 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31.

**RESPONSE:** Admits.

37.     Defendant paid employees for two paychecks in October of 2018, the first for fifteen workdays and the second for sixteen work days.

**RESPONSE:** Admits.

38.     Defendant pay records for November of 2018 include a pay date of November 15, 2018 which covers the following employee work days November 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15.

**RESPONSE:** Admits.

39. Defendant pay records for November of 2018 include a pay date of November 30, 2018 as found on Defendant document EM442-443 which covers the following employee work days November 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30.

**RESPONSE:** Admits.

40. Defendant paid employees for two paychecks in November of 2018, the first for fifteen workdays and the second for fifteen work days.

**RESPONSE:** Admits.

41. Defendant pay records for December of 2018 include a pay date of December 15, 2018 which covers the following employee work days December 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15.

**RESPONSE:** Admits.

42. Defendant pay records for December of 2018 include a pay date of December 30, 2018 asfound on Defendant document EM443 which covers the following employee work days December 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31.

**RESPONSE:** Admits.

43. Defendant paid employees for two paychecks in December of 2018, the first for fifteen workdays and the second for sixteen work days.

**RESPONSE:** Admits.

44. For all of 2017, Defendant paid its employees twice a month, on the fifteenth and last day of the month as demonstrated by Defendant documents EM 428-432.

**RESPONSE:** Admits.

45. For all of 2017, Defendant paid its employees twice a month, on the fifteenth and

8

last dayof the month as demonstrated by Defendant documents EM 428-437, thus Defendant paid its employees for fifteen days for the first pay period.

**RESPONSE:** Defendant admits that for all of 2017, it paid its employees twice a month, on the fifteenth and last day of the month. Defendant further admits that the first pay period of each month covered fifteen days. Defendant denies any remaining statements in Request to Admit No. 45.

46. For all of 2019, Defendant paid its employees twice a month, on the fifteenth and last dayof the month as demonstrated by Defendant documents EM 451-471.

**RESPONSE:** Admits.

47. For all of 2019 Defendant paid its employees twice a month, on the fifteenth and last day of the month as demonstrated by Defendant documents EM 451-471, thus Defendant paid its employees for fifteen days for the first pay period.

**RESPONSE:** Admits.

48. For all of 2019, Defendant paid its employees twice a month, on the fifteenth and last dayof the month as demonstrated by Defendant documents EM 451-471, thus Defendant paid its employees for fifteen or sixteen days for the second pay period, other than February where Defendant paid for fourteen days.

**RESPONSE:** Admits.

49. For all of 2019, Defendant paid its employees twice a month, on the fifteenth and last day of the month as demonstrated by Defendant documents EM 451-471.

**RESPONSE:** Admits.

50. For all of 2020 Defendant paid its employees twice a month, on the fifteenth and last dayof the month as demonstrated by Defendant documents EM 473-498 and 669-686, thus

9

Defendant paid its employees for fifteen days for the first pay period.

**RESPONSE:** Admits.

51. For all of 2020, Defendant paid its employees twice a month, on the fifteenth and last day of the month as demonstrated by Defendant documents EM 473-498 and 669-686, thus Defendant paid its employees for fifteen for both pay periods.

**RESPONSE:** Defendant admits that employees were paid twice per month, on the fifteenth and last day of the month as demonstrated by Defendant documents EM 473-498 and 669-686, but denies any remaining statements in Request to Admit No. 51.

52. For the first three months of 2021 Defendant paid its employees twice a month, on the fifteenth and last day of the month as demonstrated by Defendant documents EM 655-660, thus Defendant paid its employees for fifteen days for the first pay period.

**RESPONSE:** Admits.

53. For the first three months of 2021, Defendant paid its employees twice a month, on the fifteenth and last day of the month as demonstrated by Defendant documents EM 655-660, thus Defendant paid its employees for sixteen days on January 31, 2021.

**RESPONSE:** Defendant admits that for the first three months of 2021, it paid its employees twice per month, on the fifteenth and last day of the month as demonstrated by Defendant documents EM 655-660, but denies any remaining statements in Request to Admit No. 53.

54. Defendant continues to pay its employees twice a month, in April of 2021, on the 15th and 31st of April.

**RESPONSE:** Admits.

55. Defendant continues to pay its employees twice a month, in May of 2021, on the

15th and 30st of May.

**RESPONSE:** Defendant admits that it continues to pay its employees twice a month. Defendant further admits that the first pay period of May 2021 ended on May 15th and that the second pay period ended on May 31st, but denies any remaining statements in Request to Admit No. 55.

56.     Defendant has not changed its pay practice of paying twice a month, as of the date of Answering these Requests.

**RESPONSE:** Defendant admits that it continues to pay employees twice a month as of the date of Answering these Requests. Defendant denies any remaining statements in Request to Admit No. 56.

57.     Defendant has changed its pay practice of paying twice a month, as of the date of Answering these Requests, and Defendant is now paying for to pay periods of sevendays.

**RESPONSE:** Denies.

Dated: June 9, 2021

Respectfully Submitted;
**EARTHMED, LLC**

By:    */s/ Jenna E. Milaeger*

Jenna E. Milaeger (6306615)
Dominic A. Velloze (095775)
Goldberg Law Group, LLC
120 S. Riverside Plaza, Suite 1675
Chicago, IL 60606
(312) 930-5600
jmilaeger@goldberglawoffice.com
dvelloze@goldberglawoffice.com

*Attorneys for Defendant*

11

12

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she caused the foregoing *Defendant EarthMed, LLC's Responses and Objections to Plaintiffs' Sixth Requests to Admit* to be served on the following counsel of record on this 9th day of June, 2021, by email:

John C. Ireland
The Law Office of John C. Ireland
636 Spruce Street
South Elgin, IL 60177
attorneyireland@gmail.com


_____*/s/ Jenna E. Milaeger*_____

12