# CLASS EXHIBIT 9

## IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Jodi Mair, Jacob Schmanke and Franco Demonte individually and on behalf of all persons similarly situated as class representative under Illinois Law and/or as members of the Collective as permitted under the Fair Labor Standards Act;<br><br>     Plaintiff,<br><br>        vs.<br><br>EarthMed, LLC.,<br><br>     Defendant. | Case No. 19-cv-8107<br><br>Hon. Joan H. Lefkow,<br>District Judge<br><br>Hon. Heather K. McShain,<br>Magistrate Judge |

## DEFENDANT EARTHMED, LLC'S RESPONSES TO PLAINTIFFS' SEVENTH REQUESTS TO ADMIT

The Defendant, EarthMed, LLC ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 36, hereby submits its responses to Plaintiffs' Seventh Requests to Admit.

1. Admit that John Tumminaro worked for Defendant as a non exempt employee in 2017.

**RESPONSE:** Denies.

2. Admit that Pauline A Theotikos worked for Defendant as a non exempt employee in 2016 and January of 2017.

**RESPONSE:** Denies.

3. Admit that Franco Demonte worked for Defendant in 2018 and 2019 as a Non-Exempt employee.

**RESPONSE:** Defendant admits that Franco Demonte was employed as a non-exempt

1

employee from 2/7/18 to 3/17/19 but denies any remaining statements in Request to Admit No. 3.

4.      Admit that Anthony Savalier worked for Defendant in 2019 as a Non-Exempt employee.

**RESPONSE:** Admits.

5.      Admit that Richard T. Allison worked for Defendant in 2019 as a Non-Exempt employee.

**RESPONSE:** Defendant admits that Richard Allison was hired as a non-exempt employee on 4/30/19 to 5/10/19 but denies any remaining statements in Request to Admit No. 5.

6.      Admit that Jason Krotz worked for Defendant in 2019, 2020 and 2021 as a Non Exempt Employee.

**RESPONSE:** Denies.

7.      Admit that Elias Acevedo (EM 090-95,540-543) worked for Defendant as a Non-Exempt Employee on these dates - 1/11/20-3/1/2021.

**RESPONSE:** Admits.

8.      Admit that Ian Assman (EM 096-107, 552-553) worked for Defendant as a Non-Exempt employee on these dates - 6/5/19-2/25/19.

**RESPONSE:** Defendant admits that Ian Assman worked as a non-exempt employee for Defendant beginning on 6/5/19 but denies any remaining statements in Request to Admit No. 8.

9.      Admit that Joseph Bayer (EM 108-117, 566-568) worked for Defendant as a Non-Exempt employee on these dates - 9/3/19-3/1/21.

**RESPONSE:** Admits.

10.      Admit that Jennifer Begrin (– EM 118-133) worked for Defendant as a non-exempt employee on these dates - 3/19/19 – 3/21/2020.

**RESPONSE:** Admits.

11. Admit that Amanda Berger (– EM 134-139, 504-506) worked for Defendant as a non-exempt employee on these dates – 1/7/2020-3/1/2021.

**RESPONSE:** Admits.

12. Admit that Tatsu Bland (– EM 140-146, 644-648 worked for Defendant as a non-exempt employee on these dates – 4/8/2020 – 2/27/2021.

**RESPONSE:** Defendant admits that Tatsu Bland worked for Defendant as a non-exempt employee from 4/8/2020 – 2/27/2021, and that Tatsu Bland's time sheets appear at EM 140-46 and 644-46, but denies any remaining statements in Request to Admit No. 12.

13. Admit that Amanda Buckley (– EM 147-153, 507-510) worked for Defendant as a non-exempt employee on these dates – 11/30/19-2/28/21.

**RESPONSE:** Admits.

14. Admit that Brittney Carstarphen (EM 154) worked for Defendant as a non-exempt employee on these dates – 10/4/18-11/15/2018.

**RESPONSE:** Admits.

15. Admit that Jorge Cellallos (– EM 155-159, 562-565) worked for Defendant as a non-exempt employee on these dates – 2/5/20-2/28/21.

**RESPONSE:** Admits.

16. Admit that Mike Coconato (– EM 160-170, 592-593) worked for Defendant as a non-exempt employee on these dates – 6/8/2016-2/26/21.

**RESPONSE:** Admits.

17. Admit that Pasquale Dinunzio (– EM 171, 621) worked for Defendant as a non-exemptemployee on these dates – 8/3/2020-10/3/2020.

3

**RESPONSE:** Admits.

18. Admit that Adam Fabino (– EM 172) worked for Defendant as a non-exempt employeeon these dates – 10/25/18-2/9/19.

**RESPONSE:** Admits.

19. Admit that Ewin Fleps (– EM 173-182, 544) worked for Defendant as a non-exemptemployee on these dates – 1/8/19-2/28/21.

**RESPONSE:** Admits.

20. Admit that LeMonica Gale (EM 183-188) worked for Defendant as a non-exempt employee on these dates – 12/26/19-8/25/2020.

**RESPONSE:** Admits.

21. Admit that Dawn Ann Guastadisegni (EM 189-193) worked for Defendant as a non-exempt employee on these dates –  1/21/20-8/28/20.

**RESPONSE:** Admits.

22. Admit that Kelsey Guerrero (EM194-202, 571-574) worked for Defendant as a non-exempt employee on these dates – 9/3/19-3/1/2021.

**RESPONSE:** Admits.

23. Admit that Monique Johnson (EM 203-208, 605-608) worked for Defendant as a non-exempt employee on these dates – 2/5/20-2/27/21.

**RESPONSE:** Admits.

24. Admit that Ian Jones (EM 209-216, 554-556) worked for Defendant as a non-exemptemployee on these dates – 11/23/19-3/1/21.

**RESPONSE:** Admits.

25. Admit that Trevor Kantor (EM 217-264) worked for Defendant as a non-exempt

4

employee on these dates – 1/5/2016-2/3/2020

**RESPONSE:** Admits.

26.     Admit that Jack Killakey (EM 265-299) worked for Defendant as a non-exempt employee in 2017 and 2018.

**RESPONSE:** Defendant admits that Jack Killackey worked for Defendant as a non-exempt employee in 2017 and 2018 and that copies of his time sheets are found at EM 265-299, but denies any remaining statements in Request to Admit No. 26.

27.     Admit that Kathy Krotz (EM 300-301, 569-570) worked for Defendant as a non-exempt employee on these dates – 12/6/2019-2/24/21.

**RESPONSE:** Admits.

28.     Admit that Konrad Kubica (EM 302-308, 578-582) worked for Defendant as a non-exempt employee on these dates – 7/2/2019-3/1/21.

**RESPONSE:** Admits.

29.     Admit that Barbara LaBuz (EM 309-312, 519-522) worked for Defendant as a non-exempt employee on these dates – 1/23/20-3/1/21.

**RESPONSE:** Admits.

30.     Admit that Raven Lee-Prange (EM 313-317, 622-626) worked for Defendant as a non-exempt employee on these dates – 2/12/2020-3/1/21.

**RESPONSE:** Admits.

31.     Admit that Lauren Lopez EM 318-320 worked for Defendant as a non-exempt employeein 2016, 2017, 2018 and 2019.

**RESPONSE:** Defendant admits that Lauren Lopez was hired as a non-exempt employee on 12/29/16. Defendant further admits that Lauren Lopez continued to remain employed as a non-

5

exempt employee in 2017, 2018 and 2019. Defendant denies any remaining statements in Request to Admit No. 31.

32. Admit that Anthony (AJ) Lullo (EM 321-326, 515-518) worked for Defendant as a non-exempt employee on these dates – 1/28/2020-3/1/2021.

**RESPONSE:** Admits.

33. Admit that Jodi Mair (EM 327-330) worked for Defendant as a non-exempt employee onthese dates – 8/6/19-October of 2019.

**RESPONSE:** Defendant admits that Jodi Mair was hired as a non-exempt employee on 8/6/19 and remained a non-exempt employee through 10/8/19 when she was terminated. Defendant further admits that Jodi Mair's time sheets are found at EM 327-330. Defendant denies any remaining allegations in Request to Admit No. 33.

34. Admit that Maura McCabe (EM 331) worked for Defendant as a non-exempt employee on these dates – 1/25/18-3/17/19.

**RESPONSE:** Admits.

35. Admit that Chase Mincey (EM 332-351) worked for Defendant as a non-exempt employee on these dates – 3/2/2018-9/1/19.

**RESPONSE:** Defendant admits that Chase Mincey was hired as a non-exempt employee on 3/2/18 and remained a non-exempt employee through 9/11/19. Defendant denies any remaining statements in Request to Admit No. 35.

36. Admit that Deanna Obos (EM 352-356, 533-536) worked for Defendant as a non-exemptemployee on these dates – 1/29/2020 -3/1/2021.

**RESPONSE:** Admits.

37. Admit that Molly Perona (EM 357-361, 601-604) worked for Defendant as a non-

6

exempt employee on these dates – 2/11/2020 -3/1/2021

**RESPONSE:** Admits.

38. Admit that Mariah Pulice (EM 362-368, 594-597) worked for Defendant as a non-exemptemployee on these dates – 9/3/19-3/1/19.

**RESPONSE:** Admits.

39. Admit that Rachel Raciborski (EM 369) worked for Defendant as a non-exempt employee in 2016 and in January, February and March of 2017.

**RESPONSE:** Denies.

40. Admit that Fernando Ramos (EM370-375, 545-548) worked for Defendant as a non-exempt employee on these dates – 12/28/19-3/1/2021.

**RESPONSE:** Admits.

41. Admit that Jacob Schmanke (EM 376-389) worked for Defendant as a non-exempt employee on these dates – 3/19/19-12/10/19.

**RESPONSE:** Admits.

42. Admit that Brendolyn (Missy) Shields (EM392-395, 600) worked for Defendant as a non-exempt employee on these dates – 1/29/20-9/9/2020.

**RESPONSE:** Admits.

43. Admit that Aimee Spankroy (EM396-399) worked for Defendant as a non-exempt employee on these dates –1/29/2019-1/31/2020

**RESPONSE:** Admits.

44. Admit that Angeline Taylor (EM400-404,511-514) worked for Defendant as a non-exempt employee on these dates –2/4/20-3/1/21.

**RESPONSE:** Admits.

45.  Admit that Anthony Trousdale (EM405-408) worked for Defendant as a non-exemptemployee on these dates – 3/14/18-1/31/2020.

**RESPONSE:** Admits.

46.  Admit that Robert Ungaro (EM409-415,630-633) worked for Defendant as a non-exemptemployee on these dates – 3/19/19-3/1/2021.

**RESPONSE:** Admits.

47.  Admit that Kimberly Wolf (EM416-421, 575-577) worked for Defendant as a non-exempt employee on these dates –3/17/20-3/1/21.

**RESPONSE:** Defendant admits that Kimberly Wolf was employed as a non-exempt employee from 3/28/19 to 2/2/20. Defendant denies any remaining statements in Request to Admit No. 47.

48.  Admit that Tucker Wolf (EM422-427, 647-651) worked for Defendant as a non-exempt employee on these dates – 3/28/17-2/12/2021.

**RESPONSE:** Defendant admits that Tucker Wolf was employed as a non-exempt employee from 3/28/17 to 5/29/20, and again from 8/15/20 to 2/12/21. Defendant denies any remaining statements in Request to Admit No. 48.

49.  Admit that Miranda Aufmann (EM598-599) worked for Defendant as a non-exemptemployee on these dates – 12/7/2020 3/15/2021.

**RESPONSE:** Admits.

50.  Admit that Nora Barragan (EM615-617) worked for Defendant as a non-exempt employee on these dates – 10/26/20-3/1/21.

**RESPONSE:** Admits.

51.  Admit that Lean Bayati (EM583-586) worked for Defendant as a non-exempt

employeeon these dates – 10/5/2020-3/1/2021.

**RESPONSE:** Admits.

52.     Admit that Benjamin Brackley (EM523-526) worked for Defendant as a non-exemptemployee on these dates – 9/1/2020-3/1/2021.

**RESPONSE:** Admits.

53.     Admit that Aida Campillo (EM502-503) worked for Defendant as a non-exempt employee on these dates – 11/30/2020--3/1/2021.

**RESPONSE:** Admits.

54.     Admit that Charmine Cunningham (EM530-532) worked for Defendant as a non-exemptemployee on these dates –  9/23/2020-3/1/2021

**RESPONSE:** Admits.

55.     Admit that Maritza Coleman (EM 591-593) worked for Defendant as a non-exempt employee on these dates – 11/23/2020-3/1/2021.

**RESPONSE:** Admits.

56.     Admit that Earl Dunn (EM537-539) worked for Defendant as a non-exempt employee onthese dates – 12/10/2020-3/1/2021.

**RESPONSE:** Admits.

57.     Admit that Paige Fernadez (EM618-620) worked for Defendant as a non-exempt employee on these dates – 11/18/2020-3/1/2021.

**RESPONSE:** Admits.

58.     Admit that Nicole Foley (EM613-614) worked for Defendant as a non-exempt employeeon these dates – 11/25/2020-3/1/2021

**RESPONSE:** Admits.

9

59.     Admit that Ruby Ghanimah (EM634-636) worked for Defendant as a non-exempt employee on these dates – 11/9/2020-3/1/2021.

**RESPONSE:** Admits.

60.     Admit that Carina Guerreo (EM527) worked for Defendant as a non-exempt employee onthese dates – 10/14/2020-3/1/2021.

**RESPONSE:** Admits.

61.     Admit that Abigail Kubalewski (EM 499-501) worked for Defendant as a non-exempt employee on these dates – 11/24/2020-3/1/2021.

**RESPONSE:** Admits.

62.     Admit that Jenna Mauk (EM 559-561) worked for Defendant as a non-exempt employee on these dates – 10/26/2020--3/1/2021.

**RESPONSE:** Admits.

63.     Admit that Mallory Miska (EM 587-588) worked for Defendant as a non-exempt employee on these dates – 11/30/2020-3/1/2021.

**RESPONSE:** Admits.

64.     Admit that Rhonda Oaks (EM627-629) worked for Defendant as a non-exempt employeeon these dates – 11/26/2020-3/1/2021.

**RESPONSE:** Admits.

65.     Admit that Nicholas Pappas (EM 609-612) worked for Defendant as a non-exempt employee on these dates –  9/28/2020-3/1/2021.

**RESPONSE:** Admits.

66.     Admit that Heather Summer (EM 549-551) worked for Defendant as a non-exempt employee on these dates – 10/12/2020-3/1/2021.

**RESPONSE:** Defendant admits that Heather Summer was employed as a non-exempt employee from 10/12/20 to 1/28/20, and that her time sheets are located at EM 549-551. Defendant denies any remaining statements in Request to Admit No. 66.

67.     Admit that Shannon Stilwell (EM 643) worked for Defendant as a non-exempt employeeon these dates – 1/18/2021-3/1/2021

**RESPONSE:** Admits.

68.     Admit that Santino Spear (EM 637-642) worked for Defendant as a non-exempt employee on these dates –  10/26/2020-3/1/2021

**RESPONSE:** Admits.

69.     Admit that Ezabel Lares (EM 652-654) worked for Defendant as a non-exempt employeeon these dates – 10/26/2020-3/1/2021.

**RESPONSE:** Admits.

Dated: June 11, 2021

Respectfully Submitted;
**EARTHMED, LLC**

By:    */s/ Jenna E. Milaeger*

Jenna E. Milaeger (6306615)
Dominic A. Velloze (095775)
Goldberg Law Group, LLC
120 S. Riverside Plaza, Suite 1675
Chicago, IL 60606
(312) 930-5600
jmilaeger@goldberglawoffice.com
dvelloze@goldberglawoffice.com

*Attorneys for Defendant*

11

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she caused the foregoing *Defendant EarthMed, LLC's Responses to Plaintiffs' Seventh Requests to Admit* to be served on the following counsel of record on this 11th day of June, 2021, by email:

John C. Ireland
The Law Office of John C. Ireland
636 Spruce Street
South Elgin, IL 60177
attorneyireland@gmail.com

*/s/ Jenna E. Milaeger*

12