# CLASS EXHIBIT 24

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JODI MAIR, JACOB SCHMANKE, and FRANCO DEMONTE, individually and on behalf of all persons similarly situated and as class representatives under Illinois Law and/or as members of the collective as permitted under the Fair Labor Standards Act, | ) ) ) ) ) ) ) ) | Case No. 19-cv-8107 |
| Plaintiffs, | ) ) | District Judge Joan H. Lefkow |
| v. | ) ) | Magistrate Judge Heather K. McShain |
| EARTHMED, LLC., | ) ) | |
| Defendant. | ) | |

## DECLARATION OF PLAINTIFFS' COUNSEL JOHN C. IRELAND

I, John C. Ireland, declare under oath and under penalty of perjury as follows:

1.      I am the principal of my own law firm, The Law Office of John C. Ireland.

2.      I began my firm on or around July 31, 2007 and have practiced as a solo-practioner from that time until the present.

3.      Since the start of my firm I have been my only staff member, doing 100% of all tasks from intake of the Client's information, drafting of Complaints, filing of all Docket Documents, Receiving, saving of ECF materials, drafting and responding to discovery, motion practice and to resolution of the case.

4.      From 2007 to 2016 I represented employees and former employees in a wide-range of employment claims from Title VII, FMLA, ADA, ADEA and wage claims. These non-wage cases are not listed in this Declaration, as the focus is on wage and hour cases.

5.      In January of 2016 I decided to attempt to limit my practice to wage and hour

1

# CLASS EXHIBIT 24

claims in my work as a Plaintiffs' Counsel.

6. I have taken to Jury Trial (or Arbitration Hearing) a number of cases over the years, including five wage and hour cases, which is unique, as nearly all wage and hour cases are resolved via settlement.

7. My Current Wage and Hour cases include the case at bar as well as the following:

    a. **Theresa Thurman v. Stavaru Academy, et al.,** No 16 CV 108889, Northern District of Illinois, pending before the Honorable Charles Norgle. This is a misclassification case where Defendant failed to pay any wages and claims Plaintiff is an "owner." On February 26, 2019 Judge Norgle denied Defendants' Motions for Summary Judgment while granting several of the Plaintiff's Motions for Summary Judgement. The parties are preparing for trial, which has been delayed due to Covid restrictions.

    b. **Ellen Souce v. Breath of Life Professional Services, Jack Prato and Maria Prato,** No. 2018 L 011243, Cook County Circuit Court alleging IMWL minimum wage and overtime claims. Plaintiff received judgment in her favor on liability at summary judgment and the case was tried on Zoom in March of 2021. In a post-trial Order, Judge Brennan applied a children's' overtime exemption to care provided to adults and gave a housing credit in the face of admitted violations of wage regulations resulting in no damages. The Court's post-trial order is the subject of a pending appeal.

2

# CLASS EXHIBIT 24

c. **Servando Reynoso v. LGS INC, d/b/a ISA Experts, and Aleta Sarno,** No. 19 CV 4025, Northern District of Illinois, assigned to the Honorable Judge Mary Rowland. This FLSA/IMWL class and collective claim is based on Defendants' alleged independent contractor misclassification of call center employees. Judge Rowland allowed collective notice and seven plaintiffs have joined the claim. Default judgment has been entered against the corporation. The parties are preparing for trial.

d. **Cherise Northington and Sharon Smith  v. Taking Care of Our Seniors, Inc., and Beverly Davis**, No. 17 CV 5570 in the Northern District of Illinois (Western Division), pending before the Honorable Judge Iain Johnston, the sixth judge assigned to this case. This is a two-person FLSA case based on failure to pay all work hours and pay wages in a timely manner to in-home elder care workers. Plaintiffs have received Default Judgments twice. Plaintiffs' counsel is preparing to move for Rule 56 summary judgment.

e. **Kenya Williams-Mix, Adrieana Powell, Shalayla Liddell, Jada Adams, Breona Smith And Princess Wellington, v. CSWS, LLC, et al,** No. 18 CV 7460, an Independent Contractor Misclassification claim by exotic dancers currently before Judge Coleman. Resolution of the case is nearing completion.

f. **Rosemarie C. Wiseman and Cary W. Wiseman v. Santiva, Inc., db/a "Better Taste", et al**,, No. 19 CV 1441, a two-person (husband and wife)

3

# CLASS EXHIBIT 24

FLSA/IMWL/IWPCA claim for off-the-clock work before Judge Susan E. Cox by consent of the parties. Plaintiffs' have filed a Motion for Judgment based on Defendants' admissions of failure to pay "unauthorized" work time and to pay within 13 days as required by IWPCA.

g. **Chales Demke v. Riha Services, Inc. And Frank Riha,** Case No. 19 cv 6453, a FLSA/IMWL/IWPCA single Plaintiff misclassification claim currently before the Honorable Judge Franklin U. Valderrama. Shortly after this case was filed Defendants filed for Chapter 7 bankruptcy, but Defendants' had no debts, named only Plaintiff and counsel as creditors and then transferred the operating and profitable business from husband to wife. After a year, the wife's company did the same filing tactic (again no debts, spouse testified under oath the bankruptcy was a fraud intended only to escape the FLSA claims) with the bankruptcy court. Currently a stay is in place.

h. **Marco Enriquez v. Triple D Express, Inc., and Dobrin Dobrikov,** No. 19 CV 5323, a single Plaintiff FLSA/IWML/IWPCA case currently before Judge Lee. Plaintiff has filed a Motion for Judgment, pursuant to Rule 56; pending ruling.

i. **Therese Richards v. Autumn Woods, Ltd., Garry Dedick, and Yvonne Dedick,** No. 19 CV 6641 currently before the Honorable Judge Sharon Johnson Coleman. This is a single Plaintiff FLSA/IMWL failure to pay wages claim. Currently in the midst of discovery.

4

# CLASS EXHIBIT 24

j. **Dr. Shanele McGowan v.   Integrated Pain Management, S.C. and Tian Xi,** No. 20 CV 1145 currently before the Honorable Judge Robert M. Dow.  This single Plaintiff FLSA/IMWL/IWPCA claim filed by a licensed and practicing Doctor of Medicine in the midst of discovery.

k. **Ramandeer Kaur and Ramandeer Kaur for her minor child Muskan Kaur as her Next best friend v. Lakuzi Foods., Inc., d/b/a Dalicious Indian Restaurant and Shilpa Desai,** No. 20 CV 4741 currently before the Honorable Judge Robert W. Gettleman. This is an FLSA/IMWL failure to pay wages claim by a mother and her 14-year old daughter. Currently in discovery phase.

l. **Ray Anthony Baylock v. Auto Canda et al**. 2020-L-11428 an IWPCA wage and retaliation case currently filed in Cook County Circuit Court, before the Honorable Judge Michael F Otto.

m. **JaMauris Johnson v.  Phoenix Exteriors Inc..,**   20 CV 2135 before  the Honorable Thomas M. Durkin. Principally a Title VII case, but also plead a single count of IWCPA failure to pay commissions.

n. **MICHAEL LOCKWOOD v. HUB INTERNATIONAL MIDWEST LIMITED**   Case No. 2018 L 011814 an IWPCA failure to pay commissions and IWPCA employment termination case filed in Cook County Law Division before Judge Otto. Discovery complete, Motions for Summary Judgment pending.

5

# CLASS EXHIBIT 24

o. **Karina Castro and Bonfilia Merino-Avila v. AGI Services, Inc., et al**., No. 21 CV 2089. This FLSA/IMWL/IWPCA Independent Contractor Misclassification case is in service of process phase before the Honorable Thomas Durkin.

p. **Joanna Grzes and Agnieszka Soeolewska v. Snickers Inc., et al**,, No. 21 CV - 1215, a FLSA/IMWL class and collective case. This is a tip theft, minimum wage and overtime case is in the pleading stages before Judge Guzman. Briefing has been stayed based on Defendants' 12B6 and recent Amended Complaint filing.

q. **Andres Galindo vs. Steve Piper and Sons**, No. 21 CV 1822 is a failure to pay overtime FLSA/IMWL claim for Plaintiff and alleged Collective. This case before Judge Blakely is in the service of process phase.

r. **Terrance Trost v. Container Specialties**, No. 21 cv 2439. Class and collective FLSA and IMWL case currently in service of process phase before the Honorable Gary Feinerman.

s. **Louis Cammaco v. Otto Engineering**, No. 20 cv 5870 before the Honorable Judge Steven Seeger.. This is a single Plaintiff FLSA/IMWL overtime case. Discovery recently completed.

t. **Alejandra Gomez de Gutierrez. v. El Palenque, Inc., Tienda El Palenque El Palenque 2000 d/b/a El Palenque And Mokesh Patel,** No. 21 CV 4031 before The Honorable Judge Marvin Aspen. A single Plaintiff FLSA/IMWL overtime claim in service of process phase.

6

# CLASS EXHIBIT 24

u. **Benjamin Villalpando v. A-1 OUTDOOR MAINTENANCE, INC. d/b/a A-1 Landscaping., and JEFF DADY,** No. 21 CV - 3940 before the Honorable Judge Virginia Kendall. A single Plaintiff FLSA/IMWL overtime claim in service of process phase.

1. A sampling of previous wage cases that I have litigated as a solo practitioner include:

   a. **Franks v. MKM**, 10 CV 0013, case heard by Consent by the Honorable Judge Mary Rowland. Plaintiffs' Counsel named Class Counsel. This 2010 case has been certified as an Illinois Wage Payment and Collection Act (IWPCA) Class Action by The Honorable Edmund Chang, and by negotiations has resulted in a Class Action Settlement of all Wage Claims for all class members from 2006-2014, including sending of Notice to thousands of current and former employees of MKM. Plaintiff counsel received a Ruling by Judge Rowland on Plaintiff's Fee Petition Finding Plaintiff Rate of Pay of $330.00 per hour to be reasonable and Ordering payment of approximately 78% of worked hours. Litigated for six years (2010 to 2016).

   b. **Goodale and McClellan v. George May International Co. et al**., No. 09 cv 7848 before the Honorable Matthew F. Kennelly Class action and Collective Action misclassification claim with Notice allowed. Judgment entered for Plaintiffs based on an accepted Offer of Judgment. Plaintiff Counsel received a Ruling on his Fee Petition finding a Rate of Pay of $275.00 per hour to be reasonable.

7

# CLASS EXHIBIT 24

c. **Krause v. USA Docufinish, et al,** No. 12 SC 06489, an Illinois Wage Payment and Collection Act claim, filed in the Circuit Court of Will County Illinois. Plaintiff's counsel received a published Decision in an Appellate Reversal of the trial Court's Dismissal of the IWPCA claim, see **Krause v. USA DOCUFINISH** No. 3-13-0585,(First District, March 11, 2015.).

d. **Jodi Susan v. PNC Bank,** No. 16 CV 5450, assigned to the Honorable Judge Matthew Kennelly. This case was tried before a Jury in January of 2017 by Plaintiff's counsel. While unsuccessful, the trial of a FLSA case is a very rare event, thus showing the diligence of Plaintiff's counsel.

e. **Bell v Onesti Entertainment et al,** Case No. 13 L 0467. This Illinois Wage Payment and Collection Act claim was filed in the Circuit Court of Kane County Illinois. This case was tried before a Jury in January of 2016 resulting a 12-count Jury Verdict for the Plaintiff on Plaintiff's Check Fraud claims.

f. **Dan Jaroch v. Florida Fruit Juice, et al.**, No. 18 CV 8518 assigned to the Honorable Virginia Kendall. Single Plaintiff FLSA/IWML salary misclassification claim tried before Judge Kendall as bench trial in early September of 2020. Resolved by settlement after two days of trial.

g. **Natalie Salinas v. KCI Inc**., a "JAMS" arbitration filed under an Illinois Wage Payment and Collection Act claim based on an arbitration employment agreement. Case proceeded to a three-day Arbitration

8

# CLASS EXHIBIT 24

Hearing tried by Plaintiff's counsel.

h. **Muir and Stock v. Guardian Heating and Air,** No. 16 CV 9755 assigned to Harry D. Leinenweber who granted the Plaintiffs' Motion for Collective Notice resulting in two Opt-Ins joining the case. Named Plaintiffs accepted Offers of Judgment.

i. **Angelica Mitchell v. Electric Beach Tanning Salon, VFV, Inc., Ultramax Industries and M. Vojack,** Case Number 18 CV 7475, assigned to the Honorable Judge Harry Leinenweber, alleging creation of three separate companies to avoid overtime and off-the-clock claims. Judgment entered in favor of Plaintiff on all claims, via Offer of Judgment.

j. **Basina and Ruiz v. Sushi Thai,** No. 14 CV 04090 before the Honorable Milton I. Shadur. Plaintiff's Motion for partial Judgment for Plaintiff Ruiz was granted in November of 2016, finding Defendant's violated the FLSA via its tip pool procedures and that the Defendant's record-keeping was not in accord with FLSA record keeping requirements. Re-assigned to Judge A. Wood and then Judge Shah. Plaintiffs' counsel prepared for trial, settling on the eve of trial.

k. **Tina Moreno and Agnes Sobczyk, V. DEV Medical Associates S.C.** No. 16 CV 09519 (Harry D. Leinenweber). This is a failure to pay overtime case coupled with a failure to pay in a timely manner claim under the IWPCA). This case resulted in Plaintiff counsel appointment as Class Counsel and resolution for all employees as a Class.

9

## CLASS EXHIBIT 24

l. **Barker and Barker v. Quick Test**, No. 13 CV 4369, before the Honorable Judge Gary Feinerman. Class relief paid by Defendant to Class based on Defendants' admitted failures to pay overtime wages at proper rate and admission that attorney fees are owed by Defendant based on admission of liability.

m. **Dianne Dearmon v. Lilly Dermatology et al**., No. 20 CV 2543 a FLSA/IMWL misclassification before Charles P. Kocoras; resolved prior to any discovery.

n. **Spencer Beal v. Performance Pipelining,** No. 20 CV 5870, resolved prior to any discovery before Judge Manish Shah.

o. **Gauthier v. Ateki et al**., No. 20 cv 5875 before Judge Wood, resolved before any discovery occurred.

p. **Tom Kurian v. First Bank of Illinois,** Cook County Case No. 08 CH 262883; Illinois Wage Law claims/Bonus settled on the eve of trial, as the Jury was being seated.

q. **Kalmes and Sparks v. MKM Oil**, No. 13 CV 363 before the Honorable Milton I. Shadur; filed as a Collective Action, Collective Notice allowed. Filed for salaried managers of MKM that were forced to pay for business expenses, thereby voiding claims of salary exemption. Three Opt-Ins joined the case.

r. **Kubinski v. MKM Oil et al**., No. 13 CV 00 1590 before the Honorable Judge Rebecca Pallmeyer, filed as an individual FLSA retaliation claim based on Plaintiff's claim of retaliation having joined the **Franks**

10

# CLASS EXHIBIT 24

Litigation.

s. **Drake v. Midwest Movers et al**, No. 16 CV 5317 assigned to Jorge L. Alonso in Federal Court in Chicago. This failure to pay overtime resulted in a Collective basis payout and assignment of John Ireland as Class Counsel

t. **ERNESTO SIFUENTES v. Auto Clinic of Calumet City, et. Al.**, No. 17 CV 133, before the Honorable Virginia M. Kendall. This single Plaintiff misclassification case resulted in a Judgment in favor of the Plaintiff.

u. **David Carbajal, v. Feldco Factory Direct, LLC**, No. 17 CV – 4442; a FLSA/IWML class/collective case, assigned to Judge Thomas Durkin; a voluntary Collective Notice resulted in twelve Opt-Ins joining the case and then resolved for all Plaintiffs.

v. **Matthews v. Global Security Group,. Corp., and Montague A. Hall,** No. 18 cv 8080 is a FLSA/IMWL Class and Collective case before the Honorable Charles P. Kocoras. Resolved prior to any discovery.

w. **Wolff v. Seedays Illinois LLC,** No. 16 CV 3348, assigned to the Honorable Matthew Kennelly. A failure to pay owed wages under FLSA, IMWL and IWPCA. Judgement entered against Defendants, partial recovery received by Plaintiff and counsel via an air-rights payout in a Bankruptcy proceeding.

X. **Earvin Foster v. Adnama Inc DBA Sign-A-Rama, Cornelius Goodwin, and Aleda Goodwin,** No. 16 CV 7185 assigned to Honorable

11

# CLASS EXHIBIT 24

Rebecca Pallmeyer. This single-Plaintiff overtime case alleged failure to pay for 16 years, with a tolling Pleading extending the statute of limitations. This case resolved after short discovery period.

y. **Erin L. Holowicki V. Lakefront Restaurant Inc. d/b/a Stella's Diner, MARIA MAVRAGANES, ANGELO MAVRAGANES, And "GUS" MAVRAGANES**, No. 18 CV 7337 assigned to the Honorable Judge Ronald Guzman. This is an FLSA and IWML collective action that resolved after the written discovery phase.

z. **Walter Wojtowicz, Thomas Burke, Darrin Bursick, Ronald Groves, Eric Gunther and Joseph Carbonara v. Growth Equity Group, LLC., Breston Despenas and Brett Immel**, No. 16 CV 4260 assigned to the Honorable Virginia Kendall. Plaintiffs alleged misclassification of employees as Independent Contractors, FLSA and IWPCA retaliation by several Plaintiffs, and IWPCA commission claims. Case was resolved by settlement.

2. The above list of wage and hour cases only represents a small fraction of the wage cases filed or substantial cases resolved, and does not list are the 100s of cases where Plaintiff's counsel simply consulted and considered the claims of the employees and either advised against filing, referred the case to other attorneys, or was not retained.

3. I have also represented a number of persons which have settled in pre-litigation negotiations. I estimate I have settled approximately 40 potential wage claims during my ten years of practice as a solo practitioner. I am not able to discuss these cases as they were not publicly filed and subject to settlement agreements.

# CLASS EXHIBIT 24

I, John C. Ireland, declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Dated at Elgin, Illinois, this 28th day of August, 2021

/s/   John C. Ireland