# CLASS EXHIBIT 25

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JODI MAIR, JACOB SCHMANKE, and FRANCO DEMONTE, individually and on behalf of all persons similarly situated and as class representatives under Illinois Law and/or as members of the collective as permitted under the Fair Labor Standards Act, | ) ) ) ) ) ) ) ) | Case No. 19-cv-8107 |
| Plaintiffs, | ) ) | District Judge Joan H. Lefkow |
| v. | ) ) ) | Magistrate Judge Heather K. McShain |
| EARTHMED, LLC., | ) ) | |
| Defendant. | ) | |

### DECLARATION OF PLAINTIFFS' COUNSEL LISA L. CLAY

1.      I am an adult resident of the State of Illinois and an attorney who is licensed to practice law in Illinois, Washington (inactive) and Washington, D.C. (inactive).

2.      I am one of the attorneys for Plaintiff and provide this declaration in support of Plaintiffs' motion for class certification, which seeks in part to appoint me and my co-counsel John Ireland as class counsel.

3.      I have been practicing law since 2002. I began my career as an associate with the law firm of McGuireWoods LLP where my practice focused on commercial and employment litigation. I was exposed to class cases early in my career and was fortunate to be mentored by a number of skilled and experienced class action attorneys during this time.

4.      I obtained additional and significant class experience during my tenure with the law firm of Shefsky & Froelich, now Taft, Stettinius & Hollister, most notably assisting in

1

# CLASS EXHIBIT 25

settlement before Magistrate Judge Nan R. Nolan (Ret.) in a large unclaimed property case, *Kennedy, et al v. City of Chicago,* 06 cv 4914.

5. I have been a solo practitioner since 2012. My primary area of focus is employment law, but I also do significant work defending victims of various "trolling" practices (piracy trolling under the Communications Act and copyright trolling under the Copyright Act), work I define as consumer protection law.

6. I have handled these types of "troll" claims in federal and state courts around the country. My largest class action case to date, *Perez v. DirecTV, et al.* No. 16 cv 1440 (C.D. Cal.) is a putative class action brought on behalf of a nationwide class of thousands, if not tens of thousands, of business owners who allege damages from a scheme to extort purported "settlements" from innocent consumers threatened with sham litigation resulting from the improper installation of residential television programming in commercial establishments. The case survived a 12(b)(6) Motion to Dismiss in the Summer of 2019. Since that time my co-counsel and I have invested thousands of hours in class discovery litigating motions to compel, complex production issues relating to the forensic inspection of a named Plaintiff's telephone, countless privilege issues and other substantive discovery questions. The case has been stayed off and on since November of 2021 for mediation purposes.

7. I am a member of this Court's trial bar and have presented cases before members of the Northern District bench four times, most recently in the case *Jankowski v. Dean Foods*, 16 cv 50103, which resulted in a $3.1 million jury verdict for my plaintiff/client.

8. I represent plaintiffs in all manner of employment claims, including Title VII, FMLA, ADA, ADEA and wage claims. I am skilled in all aspects of federal litigation and was

2

# CLASS EXHIBIT 25

asked to assist Attorney Ireland in light of my significant experience with discovery, discovery disputes and trial practice in employment claims in the Northern District of Illinois.

9.      I have litigated a number of wage claims in the Northern District of Illinois, all with class or collective claims. *See, e.g. Leon v. Jessica's Bakery No. 2, Inc., et al*, No. 16 cv 5150; *Mota, et al v. Celtic Environmental Inc., et al*, No. 16 cv 9753; *Wood v. Long*, 16 cv 7419; *Hancox v. Ulta Salon, Cosmetics & Fragrance, Inc.*, No. 17 cv 1821; *Romo v. Durham School Services, L.P., et al.*, No. 17 cv 1929. In January of 2021 Judge Kennelly certified an FLSA class in the case *Salinas, et al v. Best Maids*, 19 cv 8390, which is currently scheduled for settlement conference before Judge Cummings in November.

10.      Similar to my co-counsel, I have also represented a number of persons which have settled in pre-litigation negotiations. I am not able to discuss these cases as they were not publicly filed and are subject to confidential settlement agreements.

I, Lisa L. Clay, declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Dated at Wheaton, Illinois, this 28th day of August, 2021.

/s/   Lisa L. Clay

3