**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JODI MAIR, JACOB SCHMANKE, and FRANCO DEMONTE, individually and on behalf of all persons similarly situated and as class representatives under Illinois Law and/or as members of the collective as permitted under the Fair Labor Standards Act, | ) ) ) ) ) ) ) ) ) | Case No. 19-cv-8107 |
| Plaintiffs, | ) ) | District Judge Joan H. Lefkow |
| v. | ) ) ) | Magistrate Judge Heather K. McShain |
| EARTHMED, LLC., | ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF
CLASS AND COLLECTIVE ACTION SETTLEMENT**

NOW COME Plaintiffs JODI MAIR, JACOB SCHMANKE and FRANCO DEMONTE ("Plaintiffs") and respectfully move this Honorable Court for an Order granting final approval of the class action and collective settlement between Plaintiffs and Defendant ("EarthMed" or "Defendant") (collectively, the "Parties"). In support of this Unopposed Motion, Plaintiffs state as follows:

1. The motion is based upon the attached Memorandum of Law, the Declaration of Lisa L. Clay filed concurrently therewith, the records and files in this action, and any other further evidence or argument that the Court may properly receive at or before the hearing.

2. The Plaintiffs respectfully seeks final approval of the class settlement as follows:

   (a) Finding that notice has been properly effectuated pursuant to prior Order;

   (b) Finding that no opt-outs or objections have been received;

(c) Certifying the four proposed subclasses for settlement purposes;

(d) Finding that the settlement is fair, reasonable, and adequate, and in the best interest of the Class Members;

(e) Awarding service awards to Class Representatives Jodi Mair, Franco Demonte and Jacob Schmanke;

(f) Awarding payment of the agreed-upon *cy pres* award;

(g) Awarding Class Counsel's attorneys' fees and costs;

(h) Dismissing this matter without prejudice pending receipt of a declaration confirming all necessary payments and retaining jurisdiction for the limited purpose of interpreting, implementing and/or enforcing the Parties' Settlement Agreement and the Court's Approval Order.

WHEREFORE, Plaintiffs respectfully request entry of an order finally approving the class action settlement described in the Memorandum filed concurrently herewith.

Respectfully submitted,

/s/ Lisa L. Clay
One of the Attorneys for Plaintiffs

| | |
|---|---|
| John C. Ireland | Lisa L. Clay |
| The Law Office of John C. Ireland | Attorney at Law |
| 636 Spruce Street | 2100 Manchester Road, Suite 1612 |
| South Elgin, IL 60177 | Wheaton, IL 60187 |
| (630) 464-9675 | (630) 456-4818 |
| attorneyireland@gmail.com | lisa@clayatlaw.com |
| ARDC # 6283137 | ARDC # 6277257 |