**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Jodi Mair
                      Plaintiff,

v.                                                Case No.: 1:19−cv−08107
                                                         Honorable Joan H. Lefkow

EarthMed., LLC.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 22, 2022:

      MINUTE entry before the Honorable Joan H. Lefkow: Telephone motion hearing held. As stated on the record, the motion for final approval of class and collective action settlement [100] is granted. Enter Final Approval Order. Civil case terminated. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.