**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JODI MAIR, JACOB SCHMANKE, | ) | |
| and FRANCO DEMONTE, | ) | |
| individually and on behalf of all persons | ) | |
| similarly situated and as class | ) | |
| representatives under Illinois Law and/or | ) | |
| as members of the collective as permitted | ) | Case No. 19-cv-8107 |
| under the Fair Labor Standards Act, | ) | |
| | ) | |
| Plaintiffs, | ) | District Judge Joan H. Lefkow |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Heather K. McShain |
| EARTHMED, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL APPROVAL ORDER

The Court has reviewed Plaintiffs' Unopposed Motion for Final Approval of Class and

Collective Class Action Settlement, conducted a final approval hearing, and hereby ORDERS as

follows:

1. The Court grants final approval based on the motions, including all supporting

documents as presented.

2. The Court finds that the Court-approved Class Notice was mailed in accordance

with the terms of the Parties' Settlement Agreement; that notice and payments were effectuated

pursuant to that Settlement Agreement in a manner that satisfied due process and the

requirements of Fed. R. Civ. P. 23(e)(1)(B) and all other applicable rules of this Court. The

Parties were able to notify all 84 class members.

3. No Party was provided with objection or exclusion by any Class Member and no

Class member appeared at the Fairness/Final Approval Hearing to object.

4.      The Court grants final certification of the class that the Court previously certified for settlement purposes in its Preliminary Approval Order (Dkt. No. 97) as follows:

A.  FLSA Overtime Class: Defined as all current and former employees of EarthMed not paid overtime from February 1, 2016 to December 31, 2019.

B.  IMWL Subclass One: "No Overtime Paid Class":  Defined as all current and former employees of EarthMed not paid overtime from February 1, 2016 to December 31, 2019

C.  IMWL Subclass Two: "Lump-Sum Class":  Defined as all current and former employees of EarthMed paid on a pay cycle of 14, 15, or 16 days resulting in failure to pay overtime from February 1, 2016 to September 30, 2021.

D. IWPCA Class: "Tips Fund Class":  Defined as all current or former non-salaried EarthMed employees with hours worked in calendar years 2018 and 2019 that were eligible to receive tips.

5.      The Court finds that the settlement memorialized in the Settlement Agreement is fair, reasonable, and adequate, and in the best interest of the Class Members. The Court further finds that: (a) a balancing of the strengths and weaknesses of each Parties' respective cases support approval; (b) the total amount paid to the class ($444,200.08 of $444,959.79 allocated) is fair, reasonable and adequate to settle the claims; (c) the settlement was reached after significant arm's-length negotiations between the Parties; and (d) experienced Class Counsel support the settlement; (e) the absence of any objection supports approval.

6.      The Court awards Class Representatives Jodi Mair, Franco Demonte and Jacob Schmanke each a $5000.00 service award, payable within fourteen (14) days of this Order.

7.      The Court awards the *cy pres* recipient Arise Chicago the sum of $759.91, payable within fourteen (14) days of this Order.

8.      The Court awards Class Counsel attorneys' fees and costs based on the fair and reasonable hourly rate of $450.00/hr for all of John C. Ireland's time billed and a fair and reasonable hourly rate of $450.00/hr for Lisa Clay's 2021 time and $495.00/hr for Lisa Clay's 2022 time as follows: $224,000.00 in fees and $1338.00 in costs to John C. Ireland and $151,000.00 in fees and $1387.36 in costs to Lisa L. Clay. These amounts are payable within fourteen (14) days of this Order.

9.      This matter is dismissed without prejudice. The dismissal shall automatically convert to one with prejudice seven days (7) days after the Parties file a declaration with the Court confirming that Defendant has made the payments described in this Order.


SO ORDERED this 22nd day of June, 2022

_____
The Honorable Joan H. Lefkow
District Judge